UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN POZO,

        Plaintiff,

-v-

CAPTAIN BLAKE, C.O. FORD, C.O. JOHN DOE, C.O. JOHN DOE, C.O. JOHN DOE,

        Defendants.

No. 09 Civ. 5451 (LTS)(JCF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 26 JAN 2010

### ORDER

The Court's January 5, 2010, order dismissing the above-captioned action (docket entry no. 10) is hereby vacated and the Court declines to adopt the recommendation for dismissal pursuant to Fed. R. Civ. P. 4(m). The case is restored to the docket and remains before Judge James C. Francis IV for general pretrial management, pursuant to this Court's July 1, 2009, order (docket entry no. 3).

The Clerk of Court is respectfully requested to reopen the above-captioned case.

SO ORDERED.

Dated: New York, New York
      January 26, 2010

LAURA TAYLOR SWAIN
United States District Judge

Copies mailed/faxed to *pro se plaintiff*
Chambers of Judge Swain
1-26-10

POZO.DISMISSAL.VACATE.WPD      VERSION 1/26/10